UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:  Bankr. Case No. 09-29792-MKN-13

SHANA ZAJAC & CHRISTIAN ZAJAC  Chapter 13

    Debtor(s)

### REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. as Assignee from Long Beach Acceptance Corp. hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    AmeriCredit Financial Services, Inc. as Assignee from Long Beach Acceptance Corp.
    PO Box 183853
    Arlington, TX  76096

    AmeriCredit Financial Services, Inc. as Assignee from Long Beach Acceptance Corp.

    /s/  James Hogan, Jr.
By_____

    James Hogan, Jr.
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@americredit.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on October 22, 2009 :

| | |
|---|---|
| RANDOLPH GOLDBERG<br>4000 S EASTERN AVE 200<br>LAS VEGAS, NV  89119 | KATHLEEN A LEAVITT<br>201 LAS VEGAS BLVD SO 200<br>LAS VEGAS, NV  89101 |

By /s/ James Hogan, Jr.
    James Hogan, Jr.

xxxxx10105 / 554285